UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                            Chapter 11

NORTHEAST BROOKLYN PARTNERSHIP,          Case No. 19-40822

        Debtor.

-------------------------------------------------------------x

## CORPORATE OWNERSHIP AND DISCLOSURE STATEMENT

        Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1073-3 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, the Debtor certifies that there is no corporation that, directly or indirectly, owns 10% or more of any class of the equity interest in the Debtor.

Dated: New York, New York
        February 11, 2019

_____
Jeffrey E. Dunston
*President and Chief Executive Officer of*
*Northeast Brooklyn Partnership*

215937245v1