**Fill in this information to identify the case:**

Debtor name: Northeast Brooklyn Partnership

United States Bankruptcy Court for the: Eastern District of NY
(State)

Case number (If known): 19-40822 (CEC)

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NYC Water Board<br>PO Box 11863<br>Newark, NJ 07101-8163 | 718-595-7000 | Trade debt | | | | $49,361.93 |
| 2 | MDG Design & Construction LLC<br>1328 New York Avenue<br>Huntington Station, NY 11746 | | Trade debt | | | | $42,399.74 |
| 3 | NEBHDCo<br>132 Ralph Ave.<br>Brooklyn, NY 11233 | 718-453-9490 | Contract arrears | | | | $41,263.23 |
| 4 | NEBHDCo<br>132 Ralph Ave.<br>Brooklyn, NY 11233 | 718-453-9490 | Contract arrears | | | | $16,217.88 |
| 5 | NYC Department of Finance<br>100 Gold Street<br>New York, NY 10038 | | Taxes | | | | $15,438.56 |
| 6 | Ivan Armstrong, CPA<br>45-09 30th Avenue<br>Astoria, NY 11103 | Ivan Armstrong<br>212-233-2777 | Professional services | | | | $12,646.00 |
| 7 | J. Alam Home Improvement, Inc.<br>230 Ocean Parkway, Apt D8<br>Brooklyn, NY 11218 | Mohammed J. Alam<br>718-756-1800 | Trade debt | | | | $6,200.00 |
| 8 | E & S Maintenance<br>PO Box 190917<br>Brooklyn, NY 11219 | Raizy Fisch<br>718-438-3434 | Trade debt | | | | $6,009.80 |

Debtor  Northeast Brooklyn Partnership  
Name

Case number (*if known*) 19-40822 (CEC)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | National Grid<br>PO Box 11741<br>Newark, NJ 07101-4741 | 718-643-4050 | Trade debt | | | | $5,711.65 |
| 10 | S.D.L. Appliance Repair Service<br>727 Schenck Avenue<br>Brooklyn, NY 11207 | Anita<br>(718) 927-1849 | Trade debt | | | | $5,128.03 |
| 11 | ConEdison<br>JAF Station<br>P.O. Box 138<br>New York, NY 102766-0138 | 800-758-2481 | Trade debt | | | | $4,907.18 |
| 12 | Superior Maintenance Supply<br>162 Spencer St.<br>Brooklyn NY 11205 | Abe Deutsch<br>Cell 347 782 6406<br>office: 718-676-1820 | Trade debt | | | | $4,526.02 |
| 13 | Rosenblum & Bianco, L.L.P.<br>100 Merrick Road, Suite 306E<br>Rockville Centre, NY 11570 | Kathleen M. O'Connor<br>516-255-1800 ext. 102 | Professional services | | | | $4,515.25 |
| 14 | Advantage Wholesale Supply<br>172 Empire Boulevard<br>Brooklyn, NY 11225 | Isaac Kleinman<br>718-534-4509 | Trade debt | | | | $4,403.01 |
| 15 | Diamond Pump Electric Motor Co.<br>5511 Metropolitan Avenue<br>Queens, NY 11385 | 718-452-1430 | Trade debt | | | | $3,756.19 |
| 16 | New York Water Management Inc.<br>P.O. Box 190727<br>Brooklyn NY 11219 | 718-686-0040 | Trade debt | | | | $3,252.05 |
| 17 | Eldon V. Lessie<br>292 Midwood Street, B5<br>Brooklyn, NY 11225 | Eldon Lessie 917-714-2442 | Trade debt | | | | $2,759.00 |
| 18 | SiteCompli, LLC<br>53 West 23rd Street, 12th Fl.<br>New York, NY 10010 | Ethan Maccoby<br>845-493-1604 | Trade debt | | | | $2,707.84 |
| 19 | Cohn Reznick LLP<br>1 Boston Place, Suite 500<br>Boston, MA 02108 | 617-648-1400 | Professional services | | | | $2,300.00 |
| 20 | BXTERMINATOR<br>625 Southern Blvd., Suite 1A<br>Bronx, NYT 10455 | Joseph Cordero, Owner<br>Cell: 917-355-2954 | Trade debt | | | | $1,435.16 |