**Fill in this information to identify the case:**

Debtor name __Northeast Brooklyn Partnership__

United States Bankruptcy Court for the: __Eastern__    District of __NY__
(State)

Case number (If known): __19-40822 (CEC)__

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 0  1  2  6 | $ 21,274.62 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. See attached. Total from attachment: | $ 26,068.18 |
| 4.2. | $ |

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 47,342.80

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.
    ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | |
|---|---|
| 7.1. See attached. Total from attachment: | $ 17,903.18 |
| 7.2. | $ |

| Debtor | Northeast Brooklyn Partnership | Case number (if known) | 19-40822 (CEC) |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Prepaid Insurance _____ $ _____2,235.00

8.2. _____ $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                          $ _____20,138.18

---

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | | **Current value of debtor's interest** |
|---|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | $60,179.49 | _ | 0.00 | = ...... ➔ | $ 60,179.49 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $30,959.34 | _ | $21,715.34 | = ...... ➔ | $ 9,244.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                     $ 69,423.49

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____ _____ $ _____

14.2. _____ _____ $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                             % of ownership:

15.1._____ _____% _____ $ _____

15.2._____ _____% _____ $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $ _____

16.2._____ _____ $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                        $ _____

---

Debtor    Northeast Brooklyn Partnership
          _____
          Name

Case number *(if known)* 19-40822 (CEC)
          _____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

---

Debtor    Northeast Brooklyn Partnership
          _____
          Name

Case number *(if known)* 19-40822 (CEC)
          _____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Northeast Brooklyn Partnership
          _____
          Name

Case number (if known) 19-40822 (CEC)
                       _____

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | Northeast Brooklyn Partnership | Case number *(if known)* 19-40822 (CEC) |
|---|---|---|
| | Name | |

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 671 Halsey Street, Brooklyn, NY | | $ | Insurance | $              1,215,000 |
| 55.2 675 Halsey Street, Brooklyn, NY | | $ | Insurance | $              1,215,000 |
| 55.3 397 Kosciusko Street, Brooklyn, NY | | $ | Vacant Lot - Unknown | $              Unknown |
| 55.4 399 Kosciusko Street, Brooklyn, NY | | $ | Insurance | $              2,492,000 |
| 55.5 403 Kosciusko Street, Brooklyn, NY | | $ | Insurance | $              3,061,600 |
| 55.6 409 Kosciusko Street, Brooklyn, NY | | $ | Insurance | $              750,400 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$              8,734,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$

Debtor    Northeast Brooklyn Partnership
          _____
          Name

Case number *(if known)*  19-40822 (CEC)
                          _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➜  $_____

Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Debtor | Northeast Brooklyn Partnership | Case number (if known) | 19-40822 (CEC) |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 47,342.80 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 20,138.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 69,423.49 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ➜ | | $ 8,734,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | ✚ $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $ 136,904.47 | ✚ 91b. $ 8,734,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................... $ 8,870,904.47

Northeast Brooklyn Partnership
Chapter 11 Case No. 19-40822 (CEC)

## ATTACHMENT TO SCHEDULE A/B

**Part 1: Cash and cash equivalents**
4. Other cash equivalents:

| Other Cash Equivalents | Current Value of Debtor's Interest |
|---|---|
| Merrill Lynch – Operating Reserves | $10,387.80 |
| Merrill Lynch – Replacement Reserves | $15,680.38 |
| HDC – Operating Reserves[1] | TBD |
| HDC – Replacement Reserves[2] | TBD |
| **Total** | **$26,068.18** |

---

[1] Balances requested from HDC.
[2] Balances requested from HDC.

**Part 2: Deposits and Prepayments**

7. Deposits, including security deposits and utility deposits

| Description | Amount |
|---|---|
| ESCROW REPLACEMENT RESERVE | $6.72 |
| ESCROW INSURANCE | 6.72 |
| Tenant Security Deposit | 17,684.74 |
| Con Edison Escrow Account | 205.00 |
| **Total** | **$17,903.18** |

**Fill in this information to identify the case:**

Debtor name __Northeast Brooklyn Partnership__

United States Bankruptcy Court for the: __Eastern__     District of __NY__
                                                                    (State)

Case number (If known): __19-40822 (CEC)__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A
Amount of claim
Do not deduct the value of collateral. | Column B
Value of collateral that supports this claim |
|---|---|---|

**2.1**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| The City of New York | See attached. |

Amount of claim: $ 2,432,706.00     Value of collateral: $ 8,734,000.00

Creditor's mailing address

100 Gold Street, Room 5-W2
New York, NY 10038

**Describe the lien**  Mortgage loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred __6/27/1991__

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**2.2**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| The City of New York | See attached. |

Amount of claim: $ 416,137.00     Value of collateral: $ 8,734,000.00

Creditor's mailing address

100 Gold Street, Room 5-W2
New York, NY 10038

**Describe the lien**  Mortgage loan

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred __7/31/2012__

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $ 2,848,843.00

Northeast Brooklyn Partnership
Chapter 11 Case No. 19-40822 (CEC)

## ATTACHMENT TO SCHEDULE D

**Part 2: List Creditors Who Have Secured Claims**
Describe debtor's property that is subject to a lien: Five residential buildings and additional lot

| Mortgage | Block | Lot | Address |
|----------|-------|-----|---------|
| $2,432,706.00 Mortgage | 1601 | 50 | 409 Kosciusko Street, Brooklyn, New York |
| | 1601 | 53 | 403 Kosciusko Street, Brooklyn, New York |
| | 1601 | 55 | 399 Kosciusko Street, Brooklyn, New York |
| | 1601 | 57 | 397 Kosciusko Street, Brooklyn, New York [lot] |
| | 1663 | 86 | 671 Halsey Street, Brooklyn, New York |
| | 1663 | 88 | 671 Halsey Street, Brooklyn, New York |
| $416,137.00 Mortgage | 1601 | 50 | 409 Kosciusko Street, Brooklyn, New York |
| | 1601 | 53 | 403 Kosciusko Street, Brooklyn, New York |
| | 1601 | 55 | 399 Kosciusko Street, Brooklyn, New York |
| | 1601 | 57 | 397 Kosciusko Street, Brooklyn, New York [lot] |
| | 1663 | 86 | 671 Halsey Street, Brooklyn, New York |
| | 1663 | 88 | 671 Halsey Street, Brooklyn, New York |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Northeast Brooklyn Partnership |
| United States Bankruptcy Court for the: | Eastern    District of    NY (State) |
| Case number (If known) | 19-40822 (CEC) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ $_____ |

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ $_____ |

**Date or dates debt was incurred** _____

**Basis for the claim:** _____

**Last 4 digits of account number** \_\_\_ \_\_\_ \_\_\_ \_\_\_

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (\_\_\_\_\_)

Debtor____Northeast Brooklyn Partnership____    Case number (if known)___19-40822 (CEC)___
       Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Advantage Wholesale Supply
172 Empire Blvd.
Brooklyn, NY 11225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 4,403.01

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

All County Sewer & Drain, Inc.

7 Greenfield Drive
Warwick NY 10990

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 530.76

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Anthony Installation Inc.

10536 Flatlands 2nd Street
Brooklyn, NY 11236

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 1,130.40

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

B & M Utica Ave. Locksmith Inc.

836 Utica Avenue
Brooklyn, NY 11203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 272.19

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

Borinquen Exterminating Company Inc.

435 Fort Washigton Avenue, Suite 2H
New York, NY 10033

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 600.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

BXTERMINATOR

625 Southern Boulevard, Suite 1A
Bronx, NY 10455

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 1,435.16

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____Northeast Brooklyn Partnership_____
            Name

Case number (*if known*)___19-40822 (CEC)___

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.7** | Nonpriority creditor's name and mailing address

Cohn Reznick LLP

1 Boston Place, Suite 500
Boston, MA 02108

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Professional services

$ 2,300.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

ConEdison

JAF Station P.O. Box 138
New York NY 10276-0138

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 4,176.43

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

E & S Maintenance

PO Box 190917
Brooklyn, NY 11219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 6,009.80

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

Eldon V Lessie

292 Midwood Street, B5
Brooklyn, NY 11225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 2,759.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

Ever-Ready Fire Sprinkler, Inc

P.O Box 20270
Floral Park NY 11002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 900.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Northeast Brooklyn Partnership | | Case number (if known) | 19-40822 (CEC) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

**3.12** Nonpriority creditor's name and mailing address

Falcon Power Installers

953 E. 85th Street
Brooklyn, NY 11236

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

$                1,350.95

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address

Frank Kennedy, RA.

293 Clermont Ave.
Brooklyn NY 11205

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Professional services

$                500.00

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address

Hartford Steam Boiler

21045 Network Place
Chicago IL 60673

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

$                140.00

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address

Ivan Armstrong, CPA

45-09 30th Avenue
Astoria, NY 11103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Professional services

$                12,646.00

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address

J. Alam Home Improvement, Inc.

230 Ocean Parkway, Apt D8
Brooklyn, NY 11218

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

$                6,200.00

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address

Leema Plumbing  & Heating

2361 Maclay Avenue
Bronx, NY 10462

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor

$                240.00

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Northeast Brooklyn Partnership | Case number *(if known)* | 19-40822 (CEC) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.18** | **Nonpriority creditor's name and mailing address**

MDG Design & Construction LLC

1328 New York Avenue,
Huntington Station, NY 11746

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Vendor

$ 42,399.74

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

Mobilink Wireless

72-02 Northern Blvd.
Jackson Heights, NY 11372

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor

$ 182.28

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

National Grid

PO Box 11741
Newark NJ 07101-4741

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Vendor

$ 13,012.91

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

NEBHDCo

132 Ralph Ave.
Brooklyn, NY 11233

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Intercompany

$ 79,793.75

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address**

NEB, LP

132 Ralph Ave.
Brooklyn, NY 11233

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**   Intercompany

$ 10,970.13

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

---

Debtor _____Northeast Brooklyn Partnership_____
           Name

Case number (*if known*)___19-40822 (CEC)___

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.23** | Nonpriority creditor's name and mailing address

NYC Commissioner of Finance

P.O. Box 2307

New York NY 10272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 485.41

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address

NYC Department of Finance

100 Gold Street

New York NY 10038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 15,438.56

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

NYC Water Board

PO Box 11863

Newark, NJ 07101-8163

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 49,361.93

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

Raymond Ballard Apartments HDFC

132 Ralph Avenue

Brooklyn, NY 11233

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Intercompany___

$ 10,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

Rosenblum & Bianco, L.L.P.

100 Merrick Road, Suite 306E

Rockville Centre, NY 11570

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Professional services___

$ 4,515.25

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

S.D.L. Appliance Repair Service

727 Schenck Avenue

Brooklyn, NY 11207

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___Vendor___

$ 5,128.03

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Northeast Brooklyn Partnership
_____Name_____

Case number (*if known*)    19-40822 (CEC)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.29** | **Nonpriority creditor's name and mailing address**

SiteCompli,LLC

53 West 23rd Street, 12th Fl.
New York, NY 10010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor

$ 2,707.84

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

Sperber Denenberg & Kahan, P.C.

48 West 37th Street, 16th Fl.
New York, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional services

$ 125.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

Superior Maintenance Supply

162 Spencer St.
Brooklyn NY 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

$ 4,526.02

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor _____Northeast Brooklyn Partnership_____
      Name

Case number *(if known)*___19-40822 (CEC)_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $_____0.00 |
| 5b. **Total claims from Part 2** | 5b. ✚ | $_____284,240.55 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $_____284,240.55 |

**Fill in this information to identify the case:**

Debtor name ___Northeast Brooklyn Partnership___

United States Bankruptcy Court for the: ___Eastern___    District of ___NY___
(State)

Case number (If known): ___19-40822 (CEC)___    Chapter ___11___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | Northeast Brooklyn Housing Development Corporation |
| | | | 132 Ralph Avenue |
| | State the term remaining | Annual | Brooklyn, NY 11233 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Janitorial Agreement | Northeast Brooklyn Housing Development Corporation |
| | | | 132 Ralph Avenue |
| | State the term remaining | Annual | Brooklyn, NY 11233 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Pest management service | BXTERMINATOR |
| | | | 625 Southern Blvd., Suite 1A |
| | State the term remaining | Ends July 1, 2019 | Bronx, NY 10455 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Northeast Brooklyn Partnership</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of NY<br>(State)</td></tr>
<tr><td>Case number (If known):</td><td>19-40822 (CEC)</td></tr>
</table>

❑ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.5 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 _____ | Street _____<br>_____<br>City       State       ZIP Code | _____ | ❑ D<br>❑ E/F<br>❑ G |

**Fill in this information to identify the case:**

Debtor name  Northeast Brooklyn Partnership

United States Bankruptcy Court for the: Eastern                     District of  NY
                                                                                              (State)

Case number (If known):    19-40822 (CEC)

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

**Part 1:**    **Summary of Assets**

---

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................   $  8,734,000.00

   1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*...............................................................................   $   136,904.47

   1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................   $  8,870,904.47

---

**Part 2:**    **Summary of Liabilities**

---

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................   $  2,848,843.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................   $   0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................   **+** $   284,240.55

4.  **Total liabilities**...............................................................................................................................................   $  3,133,083.55
    Lines 2 + 3a + 3b

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:                                                      Case No. 19-40822 (CEC)

NORTHEAST BROOKLYN PARTNERSHIP,                             Chapter 11

                              Debtor(s)
------------------------------------------------------------------x

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

Jeffrey E. Dunston, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter 11 of the Bankruptcy Code on February 11, 2019.

2. Schedule(s) A/B; D; E/F; G and H were not filed at the time of filing of the said petition, and is/are being filed herewith.

3. [*Check applicable box*]:

   ☐   The schedules filed herewith reflect no additions or corrections to, or deletions from, list of creditors which accompanied the petition.

   ☑   Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed. The list is annexed hereto as <u>Exhibit A</u>.

1. [If creditors have been ***added***] An amended mailing matrix is annexed hereto, listed added creditors **ONLY**, in the format prescribed by E.D.N.Y LBR 1007-3, as <u>Exhibit B</u>.

***Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y LBR 1009-1(b) has been filed with the Court.***

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list, if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with E.D.N.Y LBR 1009-1.

Dated: March 1, 2019                                        _____
                                                           Debtor (signature)

Sworn to before me this 1st

Day of March, 2019

_____
Notary Public, State of New York

ALLEN G. KADISH
Notary Public, State of New York
No. 02KA4946891
Qualified in New York County
Commission Expires April 4, 2019

Rev. 12/16

## AFFIDAVIT PURSUANT TO LOCAL RULE 1007-1(b)

## Instructions for Completion of Form, Pro Se Debtor(s)

Provided your bankruptcy petition was accompanied by a list of all your creditors and their addresses, Bankruptcy Rule 1007(c) allows **14 days** from the date of filing of the petition to file your schedules. Pursuant to E.D.N.Y LBR 1007-1(b), schedules filed after the filing of a petition must be accompanied by this affidavit.

**[NOTE:** To the extent that the schedules reflect changes from the list of creditors filed with the petition, the list will be deemed to have been amended. E.D.N.Y LBR 1009-1(a) requires that, in order for an amendment to be effective, proof of service in accordance with E.D.N.Y LBR 1009-1(b) must be filed with the Clerk. The amendment must be served upon the United States Trustee, the Case Trustee, and all Creditors who were added or deleted, and any other party affected by the amendment. A form of certificate of service is available from the Customer Service Representative in the Clerk's Office.]

**In re:**      Name(s) of debtor(s) as it/they appear on the petition.

**Case No.:**   The bankruptcy case number assigned at the time of filing of the petition, including the three digit judge code – **EXAMPLE: 03-10345-353**

**Chapter:**    The bankruptcy chapter under which relief is being sought (7, 9, 11, 12, 13 and 15)

**Debtor:**     Name(s) of debtor(s) signing affidavit.

**Schedule(s):** Specify schedule(s) affidavit related to **(D, and/or E/F)**

**Check applicable box:** Check the first box if there have been no changes to the list of creditors originally filed. If creditors have been added or deleted, or if corrections have been made, check the second box, and attach a listing of all such creditors. The nature of the change must be indicated for each creditor listed.

**Matrix**:     If creditors have been added, an amended matrix must be submitted, listing added creditors **ONLY.**

**Signature:**  The form must be signed by the debtor(s). The date of the signing must be indicated at the prompt on the lower left of the form.

**Sworn to:**   You must have the form notarized before presenting it to the Court.

**FEE:**        A **$31 fee is due**, if creditors have been *added to or deleted* from the list of creditors originally filed. **[Changing of a creditor's address does NOT require payment of a fee.**]

**SERVICE OF NOTICE:** If creditors have been added, you are responsible for mailing to each such creditor a copy of the notice that the Court issued (and which should have previously been mailed to you) advising of the filing of the case, the meeting of creditors and the fixing of certain deadlines. You should file a certificate of service of the notice along with the schedules. [NOTE: A form of certificate of service is available at the Clerk's Office.]

## Exhibit A

### Northeast Brooklyn Partnership: Added Creditors

Frank Kennedy, RA
293 Clermont Ave.
Brooklyn, NY 11205

NYC Commissioner of Finance
P.O. Box 2307
New York, NY 10272

NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163

Rita Dumain, Esq.
Corporation Counsel
City of New York
100 Church Street
New York, NY 10007

### Northeast Brooklyn Partnership: Corrected Creditors

All County Sewer & Drain, Inc.
7 Greenfield Drive
Warwick, NY 10990

B & M Utica Ave. Locksmith Inc.
836 Utica Ave.
Brooklyn, NY 11203

Cohn Reznick LLP
1 Boston Place, Suite 500
Boston, MA 02108

E&S Maintenance US Inc.
P.O. Box 190917
Brooklyn, NY 11219

Ever-Ready Fire Sprinkler, Inc.
P.O. Box 20270
Floral Park, NY 11002

Hartford Steam Boiler
21045 Network Place
Chicago, IL 60673

Ivan Armstrong, CPA
Armstrong Associates, Inc.
45-09 30th Avenue
Astoria, NY 11103

Leema Plumbing & Heating
2361 Maclay Ave.
Bronx, NY 10462

New York City Fire Department
Church Street Station
P.O. Box 840
New York, NY 10008-840

New York Water Management, Inc.
P.O. Box 190727
Brooklyn, NY 11219

## **Northeast Brooklyn Partnership: Removed Creditors**

Diamond Pump Electric Motor Co.
5511 Metropolitan Avenue
Queens, NY 11385

## **Exhibit B**
## **Added Creditors**

Frank Kennedy, RA
293 Clermont Ave.
Brooklyn, NY 11205

NYC Commissioner of Finance
P.O. Box 2307
New York, NY 10272

NYC Water Board
P.O. Box 11863
Newark, NJ 07101-8163

Rita Dumain, Esq.
Corporation Counsel
City of New York
100 Church Street
New York, NY 10007

216027145v1